3079.  FELTON *v.* UNDERWOOD.

POWELL, J.  Under the Civil Code (1910), § 5371, the owner of personal property which has been stolen from his possession may by possessory warrant recover it from one to whom the thief has recently delivered or sold it.                                                    *Judgment affirmed.*

DECIDED JUNE 7, 1911.

Certiorari; from Macon superior court—Judge Littlejohn. November 15, 1910.

*James M. Du Pree,* for plaintiff in error.